IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>　　　　　　Plaintiff,<br>　v.<br>TEL ASSIST COMMUNICATIONS SERVICES, INC.<br>　　　　　　Defendant. | Civil Action No. 04-586 GMS<br>Adversary Case No. 02-3585 (PJW) |

## NOTICE AND STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Inacom Corp., on behalf of all affiliated Debtors, and defendant Tel Assist Communications Services, Inc. hereby stipulate to the voluntary dismissal with prejudice of the Complaint for Avoidance and Recovery of Preferential Transfers (the "Complaint") in the above-captioned adversary proceeding versus Tel Assist Communications Services, Inc.

*[Remainder of Page Intentionally Blank]*

42125-003\DOCS_DE:112510.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the adversary proceeding with each side to bear its own fees and costs.

DATED: October 27, 2005

MARC J. BLUMENTHAL, LTD.

_____
Marc J. Blumenthal
355 W. Dundee Road
Suite 200
Buffalo Grove, IL 60089

Attorneys for Tel Assist Communications Services, Inc.

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 157216)
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for Inacom Corp., on behalf of all affiliated Debtors